(June 30, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARTIN, Appellant.— REYNOLDS, J. P. Appeal from an order of the County Court, Columbia County, denying appellant's application for a writ of error *coram nobis*, without a hearing. Appellant having plead guilty cannot now raise the issue of the propriety of his arrest (*People* v. *Nicholson*, 11 N Y 2d 1067, cert. den. 371 U. S. 929; see *People* v. *Rolon*, 25 N Y 2d 974; *People ex rel. Doepel* v. *McMann*, 25 N Y 2d 683). Order affirmed. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Reynolds, J. P.